## IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD BARBER,
Appellant,
vs.
BRUCE NELSON, DEPUTY DISTRICT
ATTORNEY; STEVEN WOLFSON,
DISTRICT ATTORNEY; NATALIE
WOOD, PAROLE AND PROBATION;
AND JAMES SHOWLER,
SUPERVISOR, PAROLE AND
PROBATION,
Respondents.

No. 70496

**FILED**

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 6, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Davi K Ima_

cc: Hon. Timothy C. Williams, District Judge
Edward Charles Barber
Clark County District Attorney/Civil Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947.

16-23537